■ In the Matter of JAMES R. KRAUSE et al., Appellants, against HAROLD E. STEINER et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ POSTAL LIFE INSURANCE COMPANY OF NEW YORK, Plaintiff, v. RONALD WAGHORN et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ PRUDENTIAL INSURANCE COMPANY OF AMERICA, Plaintiff, v. JESSIE R. PRIVITERE, Defendant. JESSIE R. PRIVITERE, Plaintiff, v. PRUDENTIAL INSURANCE CO. OF AMERICA, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of ELLA VAN BORK et al., Appellants, against HARRY B. CROWLEY et al., Respondents, and FRANCES M. NAIRN et al., Intervenors-Respondents. In the Matter of LAURENCE S. SUTTON et al., Petitioners, against HARRY B. CROWLEY et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ JOHN J. COMELLA et al., Appellants v. ARTHUR ENGLERT et al., Respondents.— Appeals dismissed for failure to comply with previous orders, without costs.

■ NORBERT G. RAUSCH, Appellant, v. ROSANNE PALLADINA, an Infant, etc., et al., Respondents.— Appeal dismissed, without costs, for failure to comply with previous order.

■ MICHAEL VIGELETTE, an Infant, etc., et al., Appellants, v. ARTHUR ENGLERT et al., Respondents.— Appeal dismissed, without costs, for failure to comply with previous order.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. PABLO A. RODRIGUEZ, Appellant.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER EDWARDS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES HUMBERT, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK McDONALD, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT A. NEVEROSKY, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL SPACK, Appellant.— Motion granted and appeal dismissed.